DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOVISA AMERICA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:20-CV-02493 TLN KJN<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Troy Nunley<br>Date Action Filed:  December 16, 2020<br><br>Trial Date: None Set |

Upon considering the parties' Stipulation and Request to Extend Time to Respond to the Complaint:

IT IS HEREBY ORDERED THAT the deadline for Defendant Lovisa America, LLC to respond to the Complaint in this case shall be extended to April 9, 2021.

Dated:  March 19, 2021

_____
Troy L. Nunley
United States District Judge

- 2 -

ORDER GRANTING REQUEST TO EXTEND
TIME TO RESPOND TO COMPLAINT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300