UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOVISA AMERICA, LLC,<br><br>　　　　Defendant. | Case No. 2:20-cv-02493-TLN-CSK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT REGARDING STATUS OF SETTLEMENT EFFORTS |

　　　　Plaintiff Valerie Brooks brings suit under the Americans with Disabilities Act and California Unruh Act. (ECF No. 1.) On October 17, 2023, this action was stayed to provide parties opportunity to meet and confer to discuss settlement of this action. (ECF No. 32.) The parties were directed to exhaust informal settlement efforts within 45 days from the date of the order and initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") if informal settlement efforts were unsuccessful. (*Id*.) After completion of the VDRP session, parties were instructed to file a joint VDRP Completion Report with the court. (*Id*. at 2.) To date, parties have not filed a joint VDRP Completion Report or updated the Court on the status of settlement efforts.

　　　　IT IS HEREBY ORDERED that parties shall, within 14 days from the date of this order, file a joint statement updating the Court as to the status of settlement efforts or a joint VDRP Completion Report.

1

IT IS SO ORDERED.

Dated:  April 19, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, broo.2493