Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Valerie Brooks*

Nick S. Pujji, Esq. (SBN 259571)
nick.pujji@dentons.com
Carol Yur, Esq. (SBN 290145)
carol.yur@dentons.com
**DENTONS US LLP**
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

*Attorneys for Defendant Lovisa America, LLC*

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of those similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>LOVISA AMERICA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-02493-TLN-CSK<br><br>*Assigned to Judge Troy L. Nunley*<br>*Assigned to Magistrate Judge Chi Soo Kim*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Valerie Brooks and Defendant Lovisa America, LLC, stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the purported class. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

Dated: May 1, 2024        **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho, Esq.
Attorneys for Plaintiff
VALERIE BROOKS

Dated: May 1, 2024        **DENTONS US LLP**

By: */s/ Nick S. Pujji* (as authorized on 5/1/2024)
Nick S. Pujji, Esq.
Attorneys for Defendant
LOVISA AMERICA, LLC

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)